IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

FILED
2021 OCT 29 A 11: 42

| | |
|---|---|
| SEAL, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | |
| SEAL, ) | FILED EX PARTE AND UNDER SEAL |
| ) | PURSUANT TO 31 U.S.C. § 3729 et seq. |
|     Defendant. ) | |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* JOHN DOE,<br><br>Plaintiff/Relator,<br><br>v.<br><br>CREDIT SUISSE AG,<br><br>Defendant. | **Under Seal**<br><br>NO.: 21-cv-224-CMH |

GOVERNMENT'S NOTICE OF ELECTION TO
DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States of America notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. *Id.* The United States reserves its rights to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim.

The United States also requests that it be served with all notices of appeal.

Finally, the United States requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Dated: October 29, 2021

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

BY: /s/ Gerard Mene
WILLIAM HOCHUL III
GERARD MENE
Counsel for the United States
Assistant United States Attorneys
2100 Jamieson Ave.
Alexandria, Virginia 22314
Tel:   (703) 203-7122
        (703) 299-3777
Fax:  (703) 299-3898
Email:  William.Hochul2@usdoj.gov
         Gerard.Mene@usdoj.gov


JAMIE ANN YAVELBERG
ALLISON CENDALI
DAVID W. TYLER
Attorneys, Civil Division
Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-3988
Fax: (202) 514-7361

CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of October, 2021, I caused a copy of the GOVERNMENT'S NOTICE OF ELECTION TO DECLINE INTERVENTION and proposed ORDER to be served by mail upon:

Jeffrey A. Neiman
Marcus Neiman Rashbaum & Pineiro LLP
100 Southeast Third Avenue
Suite 805
Fort Lauderdale, Florida 33394

GERARD MENE
Counsel for the United States
Assistant United States Attorneys
2100 Jamieson Ave.
Alexandria, Virginia 22314
Tel:   (703) 299-3777
Fax:   (703) 299-3898
Email: Gerard.Mene@usdoj.gov