IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JOHN DOE, <br><br> Plaintiff/Relator, <br><br> v. <br><br> CREDIT SUISSE AG, <br><br> Defendant. | ) ) ) ) ) ) NO.: 21-cv-224-CMH-IDD ) ) ) ) ) ) |

NOTICE OF HEARING

PLEASE TAKE NOTICE that on December 3, 2021, at 10:00 a.m., or as soon thereafter as the matter may be heard, the United States will move the Court for an Order dismissing this Case with prejudice against Relator John Doe and without prejudice against the United States.

Dated: November 4, 2021

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

BY: */s/ William Hochul III*
WILLIAM HOCHUL III
GERARD MENE
Counsel for the United States of America
Assistant United States Attorneys
2100 Jamieson Ave.
Alexandria, Virginia 22314
Tel:   (703) 203-7122
         (703) 299-3777
Fax:   (703) 299-3898
Email: William.Hochul2@usdoj.gov
         Gerard.Mene@usdoj.gov

JAMIE ANN YAVELBERG
ALLISON CENDALI
DAVID W. TYLER
Attorneys, Civil Division
Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, D.C.  20044
Tel:     (202) 305-3988
Fax:    (202) 514-7361
Email: David.W.Tyler2@usdoj.gov