IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* JOHN DOE, | ) | |
| | ) | |
| | ) | |
| Plaintiff/Relator, | ) | |
| | ) | |
| v. | ) | NO.: 21-cv-224-CMH-IDD |
| | ) | |
| CREDIT SUISSE AG, | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES' RESPONSE IN OPPOSITION TO THE RELATOR'S
MOTION TO CONTINUE HEARING

The United States opposes the Relator's motion to continue the hearing currently set for

December 3, 2021 until January 14, 2022.

The Relator seeks a continuance of over five weeks.   Dkt. No. 24.   This substantial

continuance is not warranted because the Relator has not specifically shown that all of his

counsel are unavailable on December 3, 2021 or shortly thereafter.   Importantly, based on other

filings the Relator has made to date, *e.g.*, Dkt. No. 27 at 2, the Relator's request for continuance

appears to be based on his mistaken assumption that he is entitled to an evidentiary hearing

before the Court can act on the United States' motion to dismiss under 31 U.S.C.

§ 3730(c)(2)(A).

Section 3730(c)(2)(A) provides for "an opportunity for a hearing" on the Government's

motion to dismiss a *qui tam* action.   The D.C. Circuit has explained that the function of the

hearing "is simply to give the relator a formal opportunity to convince the government not to end

1

the case." *Swift v. United States*, 318 F3d 250, 253 (D.C. Cir. 2003).   Citing *Swift*, this Court

previously held:

> [t]he Government's entitlement to dismiss a False Claims Act case over the
> objection of a relator is clear and unambiguous; and the reference to a hearing
> must be construed consistently with that entitlement and not in a way that
> materially abrogates its right of control over the claim.

*United States ex rel. Henneberger v. Ticom Geomatics, Inc.*, 427 F. Supp. 3d 701, 704 (E.D. Va.

2019).  In fact, courts have routinely held that § 3730(c)(2)(A)'s opportunity to be heard is

satisfied upon the Relator's submission of a written opposition to dismissal.   *E.g.*, *United States*

*ex rel. Sibley v. Delta Reg'l Med. Ctr.*, No. 417CV000053GHDRP, 2019 WL 1305069, at *10

(N.D. Miss. Mar. 21, 2019) ("As numerous courts have held, the hearing requirement is satisfied

by allowing the relator an opportunity to submit a response to the motion." (internal quotations

and citations omitted)); *United States ex rel. May v. City of Dallas*, No. 3:13-CV-4194-N-BN,

2014 WL 5454819, at *4 (N.D. Tex. Oct. 27, 2014) ("Under 31 U.S.C. § 3730(c)(2)(A), a relator

is entitled to 'an opportunity for a hearing on the motion [to dismiss].'   As the undersigned

noted in affording Relator an opportunity to respond to the motion to dismiss, the hearing

requirement is satisfied by allowing the relator an opportunity to submit a response to the

motion[.]" (citations omitted)).

In this case, the Relator has filed an opposition to the motion to dismiss, which the Court

will have an opportunity to consider before ruling on the United States' motion.   The

United States also engaged extensively with the Relator before filing its motion to dismiss and

made the decision to dismiss the case notwithstanding the Relator's objections.   Having

reviewed the Relator's opposition to the motion to dismiss, the United States maintains its

2

decision to dismiss the case.   As a result, the Court may decide the matter on the papers, as no

evidentiary hearing, or other hearing requiring the appearance of the parties, is required as a

matter of law or practice.   And, to the extent the Court would prefer to hear further argument

from the parties, absent a more specific showing by the Relator's counsel, either December 3,

2021 or at a date certain promptly thereafter, is reasonable.

CONCLUSION

For the foregoing reasons, the United States requests that the Motion be denied.

Dated:   November 23, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

JESSICA D. ABER
United States Attorney

By:    /s/ William Hochul III
WILLIAM HOCHUL III
GERARD MENE
Assistant United States Attorneys
Counsel for the United States
2100 Jamieson Ave.
Alexandria, Virginia 22314
Tel:    (703) 203-7122
           (703) 299-3777
Fax:    (703) 299-3898
Email: William.Hochul2@usdoj.gov
           Gerard.Mene@usdoj.gov

By:    /s/ David W. Tyler
JAMIE ANN YAVELBERG
ALLISON CENDALI
DAVID W. TYLER
Attorneys, Civil Division
Commercial Litigation Branch

U.S. Department of Justice
Counsel for the United States
P.O. Box 261, Ben Franklin Station
Washington, D.C.   20044
Tel: (202) 305-3988
Fax: (202) 514-7361
David.W.Tyler2@usdoj.gov