FILED: July 1, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1054
(1:21-cv-00224-CMH-IDD)

_____

UNITED STATES EX REL. JOHN DOE

    Plaintiff - Appellant

v.

CREDIT SUISSE AG

    Defendant - Appellee

UNITED STATES OF AMERICA

    Party-in-Interest - Appellee

_____

O R D E R
_____

The court grants the motion to suspend briefing pending resolution of the motion for abeyance.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk